UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANITA K. McCORKHILL,

       Plaintiff,

    v.                                                                            Case No. 07-cv-431-JPG

JEFFERSON D. VASCONCELOS and
TAYLOR FRESH FOODS, INC.,

       Defendants.

## **JUDGMENT**

This matter having come before the Court, and the parties having filed a notice of

dismissal with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice

and without costs.

**NORBERT JAWORSKI**

**Dated:  January 30, 2008**                                   **By:s/Deborah Agans, Deputy Clerk**


**Approved:**     <u>s/ J. Phil Gilbert</u>
                          **J. PHIL GILBERT**
                          **DISTRICT JUDGE**